JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>SOUTH COAST OIL CORPORATION,<br><br>Debtor,<br>_____<br>JOSEPH M. PALLADINO AND JOSEPH M. PALLADINO, IN HIS CAPACITY AS TRUSTEE FOR THE ALFRED JOSEPH PALLADINO 1994 TRUST; AND BG OPERATIONS, LLC,<br><br>Appellants,<br><br>JAMES JOSEPH, E&B NATURAL RESOURCES MANAGEMENT, CORPORATION, ELYSIUM WEST, LLC, DANIEL TO, ROBERT DELLER, ANGUS PETROLEUM CORPORATION, HENRY RUGGERI and CAMM L. SUBLETTE,<br><br>Appellees, | SACV-12-00318 JVS<br><br>[Consolidated with District Court Case No. SACV-12-00330 JVS]<br><br>Bankruptcy Court Case No. 07-12994-TA<br><br>**JUDGMENT** |

After hearing on May 21, 2012, at 1:30 p.m., at which time the parties had been advised of the Court's tentative Order Granting the Motion to Dismiss the present appeal, the Court granted the Motion to Dismiss.

In light of the dismissal of the present appeal, the Court enters Judgment in favor of the Appellees.

**THE CLERK SHALL CLOSE THE CASE.**

Dated: May 24, 2012

_____
Honorable James V. Selna
United States District Judge

Respectfully submitted,
BIENERT, MILLER & KATZMAN, PLC

*/s/ Steven Jay Katzman /s/*
Steven Jay Katzman
Attorneys for Appellee Elysium West, LLC

---

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS APPEAL OF ORDER AUTHORIZING THE SALE OF ANGUS STOCK FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES